632

tioner. *Solicitor General Jackson, Assistant Attorney General Whitaker, Paul A. Sweeney, Harry LeRoy Jones* and *Brice Toole* for respondents.

No. 518. SOUTHERN CALIFORNIA FREIGHT LINES *v.* COMMISSIONER OF INTERNAL REVENUE. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Stanley W. Guthrie* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Warren F. Wattles* for respondent.

No. 523. EPPENAUER ET AL. *v.* OHIO OIL Co. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Dan Moody* for petitioners. *Messrs. Ireland Graves* and *Charles L. Black* for respondent.

No. 524. COMPTON ET AL. *v.* OHIO OIL Co. ET AL. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. A. Keeling* for petitioners. *Messrs. Ireland Graves* and *Charles L. Black* for respondents.

No. 525. THOMASON ET AL. *v.* UNITED GAS PUBLIC SERVICE Co. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. P. Bullis* for petitioners. No appearance for respondent.